IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HECTOR RIVERA,                              No   C-04-0445 VRW

    Plaintiff,                           ORDER

    v

MICHAEL CHERTOFF, Secretary of
Homeland Security

    Defendant.
_____/

       Plaintiff failed to appear at the May 24, 2005, case management conference in this matter.  Accordingly, he is ORDERED TO SHOW CAUSE in writing by June 7, 2005, why this case should not be dismissed for failure to prosecute pursuant to FRCP 41(b).  If plaintiff establishes good cause for his failure to appear, the

/
/
/
/
/

1  court will hold a case management conference on June 28, 2005, at
2  9:00 am.

4        IT IS SO ORDERED.

7        VAUGHN R WALKER
8        United States District Chief Judge