IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HECTOR RIVERA,                              No C 04-0445 VRW

    Plaintiff,                              ORDER

    v

MICHAEL CHERTOFF, Secretary of
Homeland Security

    Defendant.
_____/

        Based on plaintiff's failure to appear at the May 24, 2005, case management conference, the court ordered plaintiff to show cause why his pro se complaint should not be dismissed for failure to prosecute pursuant to FRCP 41(b).  Doc #34 (OSC). Plaintiff's response was due on or before June 7, 2005.  Id.  As of June 24, 2005, the court has received no response from plaintiff. Accordingly, this case is DISMISSED for failure to prosecute pursuant to FRCP 41(b).  See Henderson v Duncan, 779 F2d 1421, 1423 (9th Cir 1986) ("The district court has the inherent power sua

//

sponte to dismiss a case for lack of prosecution.") (citations omitted).  The clerk is DIRECTED to close the file and TERMINATE all motions.

    SO ORDERED.



    **VAUGHN R WALKER**

    **United States District Chief Judge**